THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY SCHAFFEL, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL TORNESE, Appellant.—

Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANONYMOUS, Respondent, against ANONYMOUS, Appellant.—

Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.

ELEANOR STILE, Respondent, v. PHIL MISTERO, Appellant.

Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

PAULINE TRIMBOLI, an Infant, by Her Guardian ad Litem, FRANK TRIMBOLI, et al., Respondents, v. RAILWAY EXPRESS AGENCY, INC., et al., Appellants.—

No opinion. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

HINRICH VON THADEN et al., Appellants, v. IDA THOMPSON, Respondent.—

No opinion. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.